# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRANDON OSBAHR et al., | ) |
|     Plaintiffs, | ) |
| v. | ) No. 2:25-cv-02642-SHL-atc |
| PLUMBING CONTRACTORS, INC., | ) |
|     Defendant. | ) |

## DEFAULT JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed June 23, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Default Judgment (ECF No. 13), default judgment is entered against Defendant, and Plaintiffs are awarded $184,544.79 in damages.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 2, 2026
Date